UNITED STATES COURT OF INTERNATIONAL TRADE          FORM  1

| Kiswire Inc., and |
| Kiswire Pine Bluff Inc., |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

Court No. 22-00285

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

### PROTEST

| Port(s) of Entry: | 2002 | Center (if known): | CEE005 & CEE010 |
|---|---|---|---|
| Protest Number: | 200222100801(see schedule) | Date Protest Filed: | March 16, 2022 (see schedule) |
| Importer: | 58-234865800 - Kiswire Inc.<br>71-067961200 - Kiswire Pine Bluff Inc. | Date Protest Denied: | April 7, 2022 (see schedule) |
| Category of Merchandise: | Grade 1078+ Tire Cord Quality Wire Rod | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| DQ7-0221459-3 | 9/11/2018 | 9/24/2021 | DQ7-0222045-9 | 9/27/2018 | 9/24/2021 |
| DQ7-0221433-8 | 9/11/2018 | 9/24/2021 | see schedule | | |
| DQ7-0221727-3 | 9/14/2018 | 9/24/2021 | | | |
| DQ7-0222001-2 | 9/26/2018 | 9/24/2021 | | | |

R. Will Planert
Morris, Manning & Martin, LLP
1401 Eye Street NW, Suite 600
Washington, DC 20005
202-216-4819
wplanert@mmmlaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Grade 1078+ Tire Cord Quality Wire Rod | 7213.91.3011 | 41.10% | 7213.91.3011 | 0.00% |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

The imported merchandise is Grade 1078+ tire cord quality wire rod from South Korea for which an end user certification was supplied by Kiswire Inc. and Kiswire Pine Bluff Inc. to CBP via Post Summary Correction and uploaded to the Document Image System. As grade 1078+ tire cord quality wire rod was excluded from the antidumping duty order retroactive to May 21, 2018, the applicable AD rate for this merchandise should be 0.00.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

October 3, 2022
_____
Date

# SCHEDULE OF PROTESTS

CEE005 & CEE010

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 200222100819 | 6/27/2022 | 7/20/2022 | DQ7-0221459-3 | 9/11/2018 | 9/24/2021 | 2002 |
| 200222100819 | 6/27/2022 | 7/20/2022 | DQ7-0221433-8 | 9/11/2018 | 9/24/2021 | 2002 |
| 200222100819 | 6/27/2022 | 7/20/2022 | DQ7-0221727-3 | 9/14/2018 | 9/24/2021 | 2002 |
| 200222100819 | 6/27/2022 | 7/20/2022 | DQ7-0222001-2 | 9/26/2018 | 9/24/2021 | 2002 |
| 200222100819 | 6/27/2022 | 7/20/2022 | DQ7-0222045-9 | 9/27/2018 | 9/24/2021 | 2002 |
| 200222100800 | 3/16/2022 | 7/29/2022 | DQ7-0221316-5 | 9/5/2018 | 9/24/2021 | 2002 |
| 200222100800 | 3/16/2022 | 7/29/2022 | DQ7-0221399-1 | 9/6/2018 | 9/24/2021 | 2002 |
| 200222100800 | 3/16/2022 | 7/29/2022 | DQ7-0221785-1 | 9/18/2018 | 9/24/2021 | 2002 |
| 200222100800 | 3/16/2022 | 7/29/2022 | DQ7-0222064-0 | 9/28/2018 | 9/24/2021 | 2002 |
| 200222100800 | 3/16/2022 | 7/29/2022 | DQ7-0221999-8 | 9/26/2018 | 9/24/2021 | 2002 |
| 200222100800 | 3/16/2022 | 7/29/2022 | DQ7-0221382-7 | 9/6/2018 | 9/24/2021 | 2002 |
| 200222100800 | 3/16/2022 | 7/29/2022 | DQ7-0222061-6 | 9/28/2018 | 9/24/2021 | 2002 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)